# United States Bankruptcy Court
## District of Colorado

In re   **LLoos Investment, LLC**                      Case No.

                                           Debtor(s)         Chapter     **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LLoos Investment, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  4, 2019**
Date

**/s/ Ross J. Wabeke**
**Ross J. Wabeke 10327**
Signature of Attorney or Litigant
Counsel for   **LLoos Investment, LLC**
**Ross J. Wabeke**
**Attorney at Law**
**315 East 7th Street**
**Loveland, CO 80537**
**970-667-2101 Fax:970-669-2203**
**rosswabeke@gmail.com**